# United States District Court
# District of Massachusetts

THOMAS CALDWELL,
Petitioner,

v.   CIVIL ACTION NO. 12-10592-PBS

JAMES SABA,
Respondent.

## REPORT AND RECOMMENDATION ON RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST GROUND SEVEN (#13)

COLLINGS, U.S.M.J.

The respondent has moved to dismiss Ground Seven of Thomas Caldwell's ("Caldwell") § 2254 petition on the ground that it was not presented to the Supreme Judicial Court ("SJC") in such a way as to alert that court that a federal constitutional claim was being made. Whether it was or was not is

[Handwritten margin note: 7/30d 2012 — I adopt the report and recommendation without objection. Petr. & Sano. Dismiss the petition without prejudice on grounds if exhausted is willing. Nothing if ground seven is exhausted has no substantive claim to drop the claim.]