UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

THOMAS CALDWELL,

Petitioner,

v.

OSVALDO VIDAL,

Respondent.

No. 12-cv-10592-PBS

**REPORT AND RECOMMENDATION REGARDING HABEAS PETITION (#1)**

March 16, 2016

CABELL, U.S.M.J.

I. **INTRODUCTION**

The petitioner, Thomas Donnell Caldwell, Jr. ("Caldwell" or "the petitioner"), is serving two consecutive life sentences following his conviction in state court for first degree murder among other charges. Pending before the Court is the petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2254. (Dkt. No. 1). After careful consideration of the record, and for the reasons set forth below, it is respectfully recommended that the habeas petition be DENIED in its entirety.

II. **FACTS**

A. **State Court Proceedings**

On February 15, 2007, a Hampden County grand jury indicted the petitioner on two charges of first degree murder, three charges of armed robbery while masked, assault and battery by means of a dangerous weapon, armed assault with intent to rob, and possession of a firearm in

[handwritten margin note: 4/25/16 adopt the report and recommendation. The petition is dismissed. Papers Saris. without opposition.]